13

VMD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT

AUG - 5 2020

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 20 -00102 -TFM |
| | * | USAO NO.  19R00421 |
| v. | * | |
| | * | VIOLATION: 18 USC § 922(g)(1) |
| BRANDEN D. GRAYSON | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Possession of Firearm by a Prohibited Person (felon)
### Title 18, United States Code, Section 922(g)(1)

On or about May 3, 2019, in the Southern District of Alabama, Southern Division, the

defendant,

**BRANDEN D. GRAYSON,**

having been knowingly convicted of a crime punishable by imprisonment for a term exceeding

one (1) year, to-wit:  Possession of a Firearm with Altered Identification, on or about December

3, 2014, in the Circuit Court of Mobile County, Alabama, case number CC 2014 2817, did

knowingly possess, in and affecting commerce, a firearm, namely, a Taurus, Model PT 709 Slim,

9mm pistol, serial number TJS30748.

In violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture Notice

Upon conviction of the offense alleged in Count One, a violation of Title 18, United

States Code, Section 922(g)(1), the defendant,

**BRANDEN D. GRAYSON,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and

Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in

the commission of the offense, including, but not limited to: a firearm, namely, a Taurus, Model

PT 709 Slim, 9mm pistol, serial number TJS30748.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States

Code, Section 2461(c).

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

VICKI M. DAVIS
Assistant United States Attorney

SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division

AUGUST 2020